UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| ROBERT J. OSBORNE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:07-cv-00922-LRH (GWF) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| DEPUTY DUESTCH, et al. | ) | |
| | ) | |
| Defendant. | ) | |

The court has considered the Findings and Recommendations of United States Magistrate Judge George W. Foley, Jr. (#12[1]) entered on December 10, 2008, in which the Magistrate Judge recommends that this action be dismissed without prejudice based on plaintiff's failure to file a motion identifying the unserved defendants, requesting issuance of summons for the unserved defendants, specifying the full name and addresses of each unserved defendant pursuant to court Order (#3). The Court has considered the pleadings and memoranda and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

---

[1]Refers to court's docket number.

1       ADOPTS AND ACCEPTS the Findings and Recommendations of the United States Magistrate Judge (#12); therefore, this action is DISMISSED without prejudice. The Clerk of the Court shall enter judgment accordingly.

      IT IS SO ORDERED.

      DATED this 12th day of January, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE